

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2019

No. 04-18-00598-CV

**IN THE MATTER OF J.A.,**

From the County Court, Karnes County, Texas
Trial Court No. 16-05-00005 JVK
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due March 4, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court